WENCESLAUS W. PRIBYL, Appellant, *v.* VAN LOAN & Co., INC., et al., Defendants, and MARINE MIDLAND TRUST COMPANY OF NEW YORK et al., Respondents.

Submitted December 9, 1941; decided January 15, 1942.

*Jesse Hemley* and *Frederick Hemley* for appellant.
*Leon Quat* and *James A. Davis*, in person, for respondents.
Judgment affirmed, with costs; no opinion.
Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.